# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. GARRETT<br><br>Plaintiff,<br><br>v.<br><br>PAULETTE FINANDER,<br><br>Defendant. | Case No. 2:18-cv-10754-AB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 43). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 44.) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's motion dismiss (Dkt. 29) is granted, and Judgment will be entered dismissing this action without prejudice.

DATED: February 5, 2020

ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE