JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG K. GARRETT, | Case No. 2:18-cv-10754-AB-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PAULETTE FINANDER, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint (Dkt. 9) and this entire action is dismissed with prejudice.

DATED: February 5, 2020

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE